UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONY SOSA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiff,

-against-

ATLANTIC RECORDING CORPORATION,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/4/2020_

20 Civ. 5185 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial pretrial conference is scheduled in this action for **September 9, 2020**, at **11:20 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, it is ORDERED that at 11:20 a.m. on September 9, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

    SO ORDERED.

Dated: September 4, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge